**FILING FEE PAID**

JUN 28 '04 PM 3:34 USB

UNITED STATES BANKRUPTCY COURT
DISTRICT OF MASSACHUSETTS

**04 CR 11745 GAO**

| | |
|---|---|
| In re ) | Chapter 7 |
| NOREEN E. NASH, ) | Case No. 02-16375-JNF |
| Debtor ) | |
| NOREEN E. NASH, ) | |
| Plaintiff, ) | |
| v. ) | Adv. Pro. No. 02-1466-JNF |
| CONNECTICUT STUDENT LOAN ) FOUNDATION, et al., ) | |
| Defendants. ) | |

### NOTICE OF APPEAL

Noreen E. Nash, plaintiff, appeals under 28 U.S.C. § 158(a) from the final judgment entered by the Honorable Judge Joan N. Feeney in this adversary proceeding on the 18th day of June, 2004.

The names of all parties to the judgment appealed from and the names, addresses, and telephone numbers of their respective attorneys are as follows:

*Noreen E. Nash:*

Joseph S.U. Bodoff
Richard P. O'Neil
Bodoff & Slavitt LLP
225 Friend Street
Boston, MA 02114
(617) 742-7300

| | |
|---|---|
| *Connecticut Student Loan Foundation:* | R. Richard Croce<br>Connecticut Student Loan Foundation<br>525 Brook Street<br>P.O. Box 1009<br>Rocky Hill, CT 06067<br>(860) 257-4001 |
| *New Hampshire Higher Education Assistance Foundation:* | Mark F. Weaver<br>Ford & Weaver, P.A.<br>10 Pleasant Street, Suite 400<br>Portsmouth, NH 03801-3456<br>(603) 433-2002 |
| *United States Department of Education:* | Eugenia M. Carris<br>United States Attorney's Office<br>1 Courthouse Way<br>Suite 9200<br>Boston, MA 02210<br>(617) 748-3376 |

NOREEN E. NASH
By her attorneys,

*/s/ Richard P. O'Neil*
Joseph S.U. Bodoff (BBO #549116)
Richard P. O'Neil (BBO #645214)
Bodoff & Slavitt LLP
225 Friend Street
Boston, MA 02114
(617) 742-7300

Dated: June 28, 2004

2