UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

IN RE:   **NOREEN E. NASH**

**BANKRUPTCY APPEAL**

CIVIL ACTION NO. **04-11745-GAO**

**O R D E R**

**O'TOOLE, D. J.**

A Notice of Appeal of a decision of the Bankruptcy Court and the Record on Appeal having been filed in the above-entitled action on **August 5, 2004**,

IT IS HEREBY ORDERED that the Appellant's brief shall be filed on or before **August 25, 2004** and the Appellee's brief shall be filed on or before **September 9, 2004**. The Appellant may file and serve a reply brief on or before **September 20, 2004**.

Failure of the Appellant to file a brief on the date set forth above will result in the entry of an Order dismissing the appeal. Failure of the Appellee to file a brief may result in a decision by the Court without further opportunity for presentation of arguments by the Appellee.

By the Court,

**August 10, 2004**         **S/Catherine M. Gawlik**
   Date                            Deputy Clerk

(BKAppeal Bro.wpd - 12/98)                                                    [bro.]