# UNITED STATES BANKRUPTCY COURT
DISTRICT OF MASSACHUSETTS
OFFICE OF THE CLERK
1101 THOMAS P. ONEILL, JR., FEDERAL BUILDING
10 CAUSEWAY STREET
BOSTON, MASSACHUSETTS 0222-1074

**JAMES M. LYNCH**
CLERK

(617)565-6051
FAX (617)565-6087

**WORCESTER OFFICE**
595 MAIN STREET
WORCESTER, MA 01608-2076
(508)793-0518
FAX (508)793-0541

8/19/04

United States District Court
District of Massachusetts
Joseph P. Moakley Federal Building & Couthouse
2300 Courthouse Way
Boston, MA 02210

Bankruptcy Case/Adversary Preceeding In Re: Noreen Nash v. Connecticut Student Loan
Bankruptcy Case/Adversary Preceeding In Number: 02-1466

The following is being transmitted to your court:

- ☐ Copy of Notice of Appeal with Order
- ☑ Copy of Bankruptcy Docket
- ☐ Copy of Election to have appeal heard in District Court
- ☐ Copy of Motion for Leave to Appeal With/Without Objections
- ☑ Other Appellee Designation of Additional Contents

**Please acknowledge receipt of these documents by signing the copy of this letter and returning it to this office for filing.**

- ⦿ United States Bankruptcy Court
  1101 O'Neill Federal Building
  10 Causeway Street
  Boston, MA 02222-1074

- ○ United States Bankruptcy Court
  211 Donohue Federal Building
  595 Main Street
  Worcester, MA 01608-2076

Date: 8/19/04

James M. Lynch
Clerk, U.S. Bankruptcy Court

By the Court,

*Cindy Young*
Deputy Clerk
(617) 565-7447

Receipt is acknowledged of the enclosures referred to above.

District Court Docket Number:_____
Date:_____                By:_____
                                  Deputy Clerk