RECEIVED

... ... ...

... ...

2/14/04

M.P

# UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

DISTRICT COURT Deputy Clerk

IN RE:                              :
NOREEN E. NASH,                     :       CASE NO.: 04-11745-GAO
        Debtor.                     :
                                    :       CHAPTER 7 BANKRUPTCY
NOREEN E. NASH,                     :       CASE NO.: 02-16375 JNF
        Plaintiff/Appellant.        :
                                    :       ADVERSARY PROCEEDING
vs.                                 :       NO.: 02-1466
                                    :
CONNECTICUT STUDENT                 :
LOAN FOUNDATION, ET AL              :       AUGUST 30, 2004
        Defendant/Appellee.         :


## MOTION TO EXTEND DEADLINE FOR FILING APPELLEES' BRIEF

The undersigned, counsel for the Connecticut Student Loan Foundation ("CSLF"), hereby requests that the Court extend the time by which the Appellees must file their briefs. In support of this request the undersigned represents the following:

1.  Appellant initiated this Appeal on or about June 28, 2004.

2.  The Court issued an Order on or about August 10, 2004 stating that Appellees' (Connecticut Student Loan Foundation, United States of America and New Hampshire Higher Education Assistance Foundation) briefs shall be filed on or before September 9, 2004. The undersigned will be on vacation from September 4, 2004 to September 18, 2004 and the United States' Attorney will be returning from maternity leave in early October 2004.

3. Wherefore the undersigned requests that the Court extend the time by which Appellees must file their briefs to October 20, 2004.

4. This is the first requested extension of time requested by the Appellees with regard to the filing of briefs.

5.  The office of the undersigned spoke with counsel for Appellant who stated he had no objection to the requested extension of time.

WHEREFORE, Appellees request that the Court extend the time by which they must file their briefs to October 20, 2004.

Dated at Rocky Hill, Connecticut this 30th day of August, 2004.

DEFENDANT,
CONNECTICUT STUDENT
LOAN FOUNDATION

By_____

R. Richard Croce, Esq.
Its Attorney
Federal Bar Code: CT-07834
525 Brook Street
P.O. Box 1009
Rocky Hill, CT 06067
Tel. No.: (860) 257-4001 Ext. 224

## UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| IN RE: | : | DISTRICT COURT |
| NOREEN E. NASH, | : | CASE NO.: 04-11745-GAO |
| Debtor. | : | |
| | : | CHAPTER 7 BANKRUPTCY |
| NOREEN E. NASH, | : | CASE NO.: 02-16375 JNF |
| Plaintiff/Appellant. | : | |
| | : | ADVERSARY PROCEEDING |
| vs. | : | NO.: 02-1466 |
| | : | |
| CONNECTICUT STUDENT | : | |
| LOAN FOUNDATION, ET AL | : | AUGUST 30, 2004 |
| Defendant/Appellee. | : | |

## <u>ORDER</u>

The Court having considered the foregoing Motion to Extend Deadline for Filing

Appellees' Briefs and finding sufficient cause to grant the Motion, it is hereby:


ORDERED; that the Appellees' briefs shall be due on or before October 20, 2004.



THE COURT


By_____
       George A. O'Toole
       United States District Court Judge



Dated at Boston, Massachusetts this _____ day of September, 2004.

## UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| IN RE: | : | DISTRICT COURT |
| NOREEN E. NASH, | : | CASE NO.: 04-11745-GAO |
| Debtor. | : | |
| | : | CHAPTER 7 BANKRUPTCY |
| NOREEN E. NASH, | : | CASE NO.: 02-16375 JNF |
| Plaintiff/Appellant. | : | |
| | : | ADVERSARY PROCEEDING |
| vs. | : | NO.: 02-1466 |
| | : | |
| CONNECTICUT STUDENT | : | |
| LOAN FOUNDATION, ET AL | : | AUGUST 30, 2004 |
| Defendant/Appellee. | : | |

### CERTIFICATION OF SERVICE

The undersigned certifies that on the 30th day of August, 2004, a copy of the foregoing

Motion to Extend Deadline for Filing Appellees' Briefs was served on the following via first

class mail, postage prepaid:

**Plaintiff's Attorney**
Richard P. O'Neil, Esq.
Bodoff & Slavitt, LLP
225 Friend Street
Boston, MA  02114-1812

**Defendant**
Mark F. Weaver, Esq.
Ford & Weaver, P.A.
10 Pleasant Street
Suite 400
Portsmouth, NH  03801-3456

**Defendant**
Eugenia M. Carriss, Esq.
United States Attorney's Office
1 Courthouse Way
Suite 900
Boston, MA  02210

X _____
R. Richard Croce, Esquire