UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| NOREEN NASH, | ) | |
| | ) | |
| Plaintiff-Appellant, | ) | |
| | ) | |
| v. | ) | |
| | ) | CIVIL ACTION |
| CONNECTICUT STUDENT LOAN | ) | NO. 04-11745-GAO |
| FOUNDATION, NEW HAMPSHIRE | ) | |
| HIGHER EDUCATION ASSISTANCE | ) | |
| FOUNDATION, MARY SUE COLEMAN | ) | |
| AS PRESIDENT - UNIVERSITY OF | ) | |
| MICHIGAN, UNITED STATES | ) | |
| DEPARTMENT OF EDUCATION, | ) | |
| YALE UNIVERSITY, | ) | |
| | ) | |
| Defendants-Appellees. | ) | |

**DEFENDANTS-APPELLEES, UNITED STATES
DEPARTMENT OF EDUCATION AND
CONNECTICUT STUDENT LOAN FOUNDATION'S
<u>ASSENTED-TO MOTION TO EXTEND DEADLINE FOR FILING BRIEF</u>**

The Defendant-Appellee, United States Department of Education, by and through its attorney, Michael J. Sullivan, United States Attorney for the District of Massachusetts, respectfully moves this Court for an order extending the time within which to file its brief until November 30, 2004. Counsel for Connecticut Student Loan Foundation also requests the same amount of time to file its brief. In support of this motion, Defendant-Appellee states the following:

1.    On October 4, 2004, the undersigned attorney returned from maternity leave and requires additional time to prepare its brief which is now due on October 20, 2004.

2.    This is the second requested extension of time by the Defendant-Appellee with regard to the filing of its brief.

3.    All counsel assent to the filing of this motion.

For the foregoing reasons, Defendant-Appellee moves that this Court enter an Order allowing it and CSLF to file their briefs on November 30, 2004.

Respectfully submitted,

MICHAEL J. SULLIVAN
United States Attorney


/s/ Eugenia M. Carris
Eugenia M. Carris
Assistant U.S. Attorney
United States Courthouse
1 Courthouse Way - Suite 9200
Boston, MA 02210
(617) 748-3376

CONNECTICUT STUDENT LOAN
FOUNDATION


/s/R. Richard Croce
R. Richard Croce, Esq.
525 Brook Street
P.O. Box 1009
Rocky Hill, CT 06067
(860) 257-4001 Ext. 224

Dated: October 15, 2004

**LOCAL RULE 7.1 CERTIFICATION**

Undersigned counsel hereby certifies that she has conferred with all counsel, and they have assented to this motion.

   /s/Eugenia M. Carris
Assistant U.S. Attorney

**CERTIFICATE OF SERVICE**

This is to certify that a true and correct copy of the above and foregoing MOTION TO EXTEND TIME was served by first class mail to the following counsel of record:

   /s/Eugenia M. Carris
Assistant U.S. Attorney