UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| NOREEN E. NASH ) | |
| Plaintiff/Appellant ) | APPEAL FROM US BANKRUPTCY |
| ) | COURT FOR THE DISTRICT OF |
| ) | MASSACHUSETTS |
| vs. ) | |
| ) | Docket No. 04-11745-GAO |
| CONNECTICUT STUDENT LOAN ) | |
| FOUNDATION, ) | |
| NEW HAMPSHIRE HIGHER ) | |
| EDUCATION ASSISTANCE ) | |
| FOUNDATION, ET AL, ) | |
| Defendants/Appellees ) | |

## STATEMENT PURSUANT TO LOCAL RULE 7.3(A)

NOW COMES the New Hampshire Higher Education Assistance Foundation and pursuant to Local Rule 7.3(A), hereby states that New Hampshire Higher Education Assistance Foundation is a private non-profit organization.

Respectfully submitted,
New Hampshire Higher Education
Assistance Foundation
By their attorneys,
FORD & WEAVER, P.A.

Dated: October 21, 2004    By: _____
Mark F. Weaver, Esq.
Edmond J. Ford, Esq. (BBO #646710)
Ford & Weaver, P.A.
10 Pleasant Street, Suite 400
Portsmouth, NH 03801
603-433-2002

## CERTIFICATE OF SERVICE

I, Mark F. Weaver, certify that on October 19, 2004, I forwarded a copy of the foregoing to the following:

Eugenia M. Carriss, Esq.
Assistant U.S. Attorney
United States Courthouse, Suite 9200
1 Courthouse Way
Boston, MA 02210

Joseph S.U. Bodoff, Esq.
Richard P. O'Neil, Esq.
Bodoff & Slavitt, LLP
225 Friend Street, 7th Floor
Boston, MA 02114-1812

R. Richard Croce, Esq.
Connecticut Student Loan Foundation
525 Brook Street
P.O. Box 1009
Rocky Hill, CT 06067

_____
Mark F. Weaver, Esquire