UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS
EASTERN DIVISION

| | |
|---|---|
| NOREEN E. NASH )<br>　　　Plaintiff/Appellant ）<br>　　）<br>　　）<br>vs. ）<br>　　）<br>CONNECTICUT STUDENT LOAN ）<br>FOUNDATION, ）<br>NEW HAMPSHIRE HIGHER ）<br>EDUCATION ASSISTANCE ）<br>FOUNDATION, ET AL, ）<br>　　Defendants/Appellees ） | APPEAL FROM US BANKRUPTCY<br>COURT FOR THE DISTRICT OF<br>MASSACHUSETTS<br><br>Docket No. 04-11745-GAO |

**NOTICE OF CORRECT ADDRESS**

NOW COMES the New Hampshire Higher Education Assistance Foundation (NHHEAF), and in the appeal filed on June 28, 2004, in the within matter, provides the following corrected address for its counsel as follows:

1.　Counsel for NHHEAF has previously entered an appearance before the Bankruptcy Court with its address, but the Court, and the District Court, have been using a prior address in recent notices.

2.　Given this, counsel is filing this Notice to provide the Court with its correct address as follows:

　　　Mark F. Weaver, Esq.
　　　Ford & Weaver, P.A.
　　　10 Pleasant Street, Suite 400
　　　Portsmouth, NH 03801

3.　Counsel respectfully requests that all notices, pleadings, and correspondence be sent to this address.

1

Respectfully submitted,
DEFENDANT
New Hampshire Higher Education
Assistance Foundation
By its Attorneys,
Ford & Weaver, P.A.


By: */s/ Mark F. Weaver*
Mark F. Weaver, Esq.
Ford & Weaver, P.A.
10 Pleasant Street, Suite 400
Portsmouth, NH 03801
Tel. No.: (603) 433-2002

CERTIFICATE OF SERVICE

      I, Mark F. Weaver, certify that on October 19, 2004, I forwarded a copy of the foregoing to the following:

Eugenia M. Carriss, Esq.
Assistant U.S. Attorney
United States Courthouse, Suite 9200
1 Courthouse Way
Boston, MA 02210

Joseph S.U. Bodoff, Esq.
Richard P. O'Neil, Esq.
Bodoff & Slavitt, LLP
225 Friend Street, 7th Floor
Boston, MA 02114-1812

R. Richard Croce, Esq.
Connecticut Student Loan Foundation
525 Brook Street
P.O. Box 1009
Rocky Hill, CT 06067

                                                        Mark F. Weaver, Esquire