UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| NOREEN E. NASH, | : | APPEAL FROM U.S. BANKRUPTCY |
| Appellant/Debtor. | : | COURT FOR THE DISTRICT OF |
| | : | MASSACHUSETTS |
| | : | |
| vs. | : | NO.: 04-11745-GAO |
| | : | |
| CONNECTICUT STUDENT LOAN | : | |
| FOUNDATION, ET AL, | : | NOVEMBER 30, 2004 |
| Appellees/Defendants.: | | |

**STATEMENT PURSUANT TO LOCAL RULE 7.3(A)**

NOW COMES the Connecticut Student Loan Foundation ("CSLF") and pursuant to Local Rule 7.3(A) hereby states that CSLF is a private non-profit organization.

Dated this 30th day of November, 2004 at Rocky Hill, Connecticut.

By_____
R. Richard Croce, Esq
Federal Bar Code: CT-07834
525 Brook Street
P.O. Box 1009
Rocky Hill, CT 06067
Tel. No.: (860) 257-4001, Ext. 224

# UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| NOREEN E. NASH,<br>Appellant/Debtor. | : <br> : <br> : | APPEAL FROM U.S. BANKRUPTCY COURT FOR THE DISTRICT OF MASSACHUSETTS |
| vs. | : | NO.: 04-11745-GAO |
| CONNECTICUT STUDENT LOAN FOUNDATION, ET AL,<br>Appellees/Defendants.: | : <br> : | NOVEMBER 30, 2004 |

## CERTIFICATION OF SERVICE

This is to certify that on the 30th day of November, 2004, a copy of the foregoing Statement Pursuant to Local Rule 7.3(A) was served on the following via first class mail, postage pre-paid:

Attorney for Plaintiff
Evan Slavitt, Esq.
Bodoff & Slavitt LLP
225 Friend Street
Boston, MA 02114

Attorney for Defendant, NHHEAF
Mark F. Weaver, Esq.
Ford & Weaver, PA
10 Pleasant Street, Suite 400
Portsmouth, NH 03081

Attorney for Defendant, U.S. Dept. of Education
Eugenia M. Carriss, Esq.
Assistant U.S. Attorney
United States Courthouse
1 Courthouse Way - Suite 9200
Boston, MA 02210

R. Richard Croce, Esquire