UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| In re<br><br>   NOREEN NASH,<br>              Debtor.<br>_____<br><br>NOREEN NASH,<br>        Plaintiff-Appellant,<br><br>v.<br><br>CONNECTICUT STUDENT LOAN<br>FOUNDATION, NEW HAMPSHIRE<br>HIGHER EDUCATION, MARY SUE<br>COLEMAN and U.S. DEPARTMENT OF<br>EDUCATION,<br>        Defendants-Appellees | )<br>)<br>)<br>)<br>)<br>)<br>) Case No. 04-CV-11745-GAO<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

**NOTICE OF APPEAL**
**TO UNITED STATES COURT OF APPEALS**

     Noreen Nash, the appellant in the within bankruptcy appeal, appeals to the United States Court of Appeals for the First Circuit the Order of the United States District Court for the District of Massachusetts entered in this case on August 17, 2005 affirming the judgment of the United States Bankruptcy Court for the District of Massachusetts's dated June 18, 2004.

     The names of all parties to this appeal and the names, addresses, and telephone numbers of their respective attorneys are as follows:

| *Noreen Nash* | Joseph S.U. Bodoff<br>Bodoff & Slavitt LLP<br>225 Friend Street<br>Boston, MA  02114<br>(617) 742-7300 |
|---|---|

| | |
|---|---|
| *Connecticut Student Loan Foundation* | R. Richard Croce<br>Connecticut Student Loan Foundation<br>P.O. Box 1009<br>525 Brook Street<br>Rocky Hill, CT 06067<br>(860) 257-4001 |
| *New Hampshire Higher Education* | Edmond J. Ford<br>Mark F. Weaver<br>Ford & Weaver, P.A.<br>101 Pleasant Street, Suite 400<br>Portsmouth, NH 03801<br>(603) 433-2002 |
| *Mary Sue Coleman* | Debra A. Kowich<br>Office of General Counsel<br>4010 Fleming Adm Bldg 503<br>Thompson Street<br>Ann Arbor, MI 48109<br>(313) 764-0304 |
| *U.S. Department of Education* | Eugenia M. Carris<br>U.S. Attorney's Office<br>John Joseph Moakley Federal Courthouse<br>1 Courthouse Way, Suite 9200<br>Boston, MA 02210<br>(617) 748-3969 |

Noreen Nash

By her attorneys,

_____
Joseph S.U. Bodoff (BBO #549116)
Bodoff & Slavitt LLP
225 Friend Street
Boston, MA 02114
(617) 742-7300

Dated: September 15, 2005

## CERTIFICATE OF SERVICE

I, Kathleen A. Kerigan hereby certify that on September 15, 2005, I served a copy of the foregoing Notice of Appeal by forwarding a copy of same by first-class mail to the following:

>R. Richard Croce
>Connecticut Student Loan Foundation
>P.O. Box 1009
>525 Brook Street
>Rocky Hill, CT 06067
>Counsel for Connecticut Student Loan Foundation
>
>Edmond J. Ford
>Mark F. Weaver
>Ford & Weaver, P.A.
>101 Pleasant Street, Suite 400
>Portsmouth, NH 03801
>Counsel for New Hampshire Higher Education
>
>Debra A. Kowich
>Office of General Counsel
>4010 Fleming Adm Bldg 503
>Thompson Street
>Ann Arbor, MI 48109
>Counsel for Mary Sue Coleman
>
>Eugenia M. Carris
>U.S. Attorney's Office
>John Joseph Moakley Federal Courthouse
>1 Courthouse Way, Suite 9200
>Boston, MA 02210
>Counsel for U.S. Department of Education

_____
Kathleen A. Kerigan