UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| NOREEN E. NASH, ) | |
| ) | |
| Appellant, ) | |
| ) | |
| v. ) | Civil Action No. 04-11745-GAO |
| ) | |
| CONNECTICUT STUDENT LOAN ) | |
| FOUNDATION, et al., ) | |
| ) | |
| Appellees ) | |

**APPELLANT'S DESIGNATION OF THE CONTENTS OF THE
RECORD AND STATEMENT OF ISSUES ON APPEAL**

AND NOW, comes Noreen E. Nash, the appellant in the appeal filed on September 15, 2005 to the United States Court of Appeals for the First Circuit, and designates the contents of the record and states the issues she intends to raise on appeal from the District Court's decision dated August 17, 2005 to be as follows:

**Designation of Contents of the Record**

1. Complaint dated November 20, 2002.

2. Defendant, Connecticut Student Loan Foundation's Answer to the Complaint dated January 2, 2003.

3. Defendant, New Hampshire Higher Education Assistance Foundation's Answer to the Complaint dated December 13, 2002.

4. Defendant, United States Department of Education's Answer to the Complaint dated January 2, 2003.

5. Medical Records from E. Ronningstam, Ph.D. (Plaintiff's Trial Exhibit 1).

6. Temporary Total Disability Deferment Request dated July 23, 2002 (Plaintiff's Trial Exhibit 2).

7. Temporary Total Disability Deferment Request dated June 5, 2002 (Plaintiff's Trial Exhibit 3).

8. Plaintiff's Chapter 7 Bankruptcy Schedules (Plaintiff's Trial Exhibit 4).

9. Amended Schedule F dated December 2, 2002 (Plaintiff's Trial Exhibit 5).

10. Amended Schedule F dated October 10, 2002 (Plaintiff's Trial Exhibit 6).

11. Social Security Administration Statement dated November 10, 2003 (Plaintiff's Trial Exhibit 7).

12. Kelly Services Pay Stub dated October 31, 2003 (Plaintiff's Trial Exhibit 8).

13. Cambridge Housing Authority Lease dated August 29, 2003 (Plaintiff's Trial Exhibit 9).

14. Verizon Invoice dated October 8, 2003 (Plaintiff's Trial Exhibit 10).

15. Automobile Insurance Coverage Selections Page dated November 13, 2003 (Plaintiff's Trial Exhibit 11).

16. Massachusetts Division of Medical Assistance Statement dated September 8, 2003 (Plaintiff's Trial Exhibit 12).

17. Various receipts for automobile repairs (Plaintiff's Trial Exhibit 13).

18. William D. Ford Direct Loan Consolidation Program documents.

19. Total and Permanent Cancellation Request form.

20. Joint Pretrial Memorandum dated May 8, 2003.

21. Transcript of trial held on November 19, 2004 and January 23, 2004.

22.     Judgment and Memorandum of Decision of Bankruptcy Court dated June 18, 2004.

23.     Notice of Appeal from decision of Bankruptcy Court, dated June 28, 2004

24.     Opinion of District Court dated August 17, 2005.

25.     Notice of Appeal from decision of District Court, dated September 15, 2005.

26.     District Court docket.

## Statement of Issues on Appeal

1.      Whether the Bankruptcy Court erred in denying Ms. Nash a hardship discharge pursuant to 11 U.S.C. § 523(a)(8).

2.      Whether the Bankruptcy Court applied the correct standard for determining whether Ms. Nash was entitled to a hardship discharge of her student loans.

3.      Whether the Bankruptcy Court erroneously held Ms. Nash to a stricter standard because her claim for undue hardship was based upon a psychological disability.

4.      Whether the Bankruptcy Court misapplied the facts in concluding that Ms. Nash was not entitled to a hardship discharge.

5.      Whether the Bankruptcy Court erroneously concluded that Ms. Nash did not establish that it is more likely than not that her mental condition will disable her indefinitely.

6.      Whether the Bankruptcy Court erroneously concluded that Ms. Nash has not made good faith efforts to repay her educational loans.

7.  Whether the Bankruptcy Court erroneously concluded that Ms. Nash coul[d] meet necessary living expenses while paying some amount towards her student loan obligations.

                                  NOREEN E. NASH

                                  By her attorneys,

                                  */s/ Joseph S.U. Bodoff*
                                  Joseph S.U. Bodoff (BBO #549116)
                                  Bodoff & Slavitt LLP
                                  225 Friend Street
                                  Boston, MA  02114
                                  (617) 742-7300

Dated: September 26, 2005

**CERTIFICATE OF SERVICE**

I, Joseph S.U. Bodoff hereby certify that on September 26, 2005 I did serve the foregoing Designation of Contents of Record and Statement of Issues on Appeal by causing a copy of same to be sent by first-class mail, postage prepaid to counsel of record, being as follows:

R. Richard Croce
Connecticut Student Loan Foundation
P.O. Box 1009
525 Brook Street
Rocky Hill, CT  06067

Debra A. Kowich
Office of General Counsel
4010 Fleming Adm Bldg 503
Thompson Street
Ann Arbor, MI  48109

Edmond J. Ford
Mark F. Weaver
Ford & Weaver, P.A.
101 Pleasant Street, Suite 400
Portsmouth, NH  03801

Eugenia M. Carris
U.S. Attorney's Office
John Joseph Moakley Federal Courthouse
1 Courthouse Way, Suite 9200
Boston, MA  02210

Joseph S.U. Bodoff (BBO #549116)
Bodoff & Slavitt LLP
225 Friend Street
Boston, MA  02114-1812
(617) 742-7300