UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| NOREEN E. NASH, | : | |
| Appellant. | : | CIVIL ACTION NO.: 04-11745-GAO |
| | : | |
| CONNECTICUT STUDENT LOAN | : | |
| FOUNDATION, ET AL, | : | OCTOBER 5, 2005 |
| Appellees. | : | |

**APPELLEE'S DESIGNATION OF ADDITIONAL
CONTENTS OF THE RECORD ON APPEAL**

The Appellee, the Connecticut Student Loan Foundation ("CSLF"), in the appeal filed on September 15, 2005 to the United States Court of Appeals for the First Circuit provides the following designation of additional contents of the record on appeal from the District Court's decision dated August 17, 2005:

**Designation of Additional Contents of the Record on Appeal**

1. Plaintiff's responses to Connecticut Student Loan Foundation's Interrogatories dated March 12, 2003. (Defendant's Trial Exhibit 1).

2. Plaintiff's responses to Connecticut Student Loan Foundation's Request for Admissions dated March 12, 2003. (Defendant's Trial Exhibit 1).

3. Plaintiff's responses to Connecticut Student Loan Foundation's First Production Request to Plaintiff/Debtor dated March 12, 2003. (Defendant's Trial Exhibit 1).

4. Correspondence dated January 28, 2003 addressed to Plaintiff's Attorney, Richard P. O'Neil, from Defendant's Attorney, R. Richard Croce, informing he and Plaintiff about the U.S. Department of Education's Direct Lending Program. (Defendant's Trial Exhibit 2).

5. Correspondence dated November 13, 2003 addressed to Josephine Cristaldi from Vanessa Burton, General Attorney/Division of Postsecondary education, and the corresponding attachments. (Defendant's Trial Exhibit 3).

6. Correspondence dated April 25, 2003 addressed to Eugenia Carris, Assistant United States Attorney, from Edward F. Pickett, Jr., Mohegan Tribal Gaming Commission's Assistant Director, and the corresponding documents. (Defendant's Trial Exhibit 4).

        APPELLEE,
        CONNECTICUT STUDENT
        LOAN FOUNDATION

By _____
R. Richard Croce, Esq.
Its Attorney
Federal Bar Code: CT-07834
525 Brook Street
P.O. Box 1009
Rocky Hill, CT 06067
Tel. No.: (860) 257- 4001, Ext. 224

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

NOREEN E. NASH,
    Appellant.                   :               CIVIL ACTION NO.: 04-11745-GAO

CONNECTICUT STUDENT LOAN
FOUNDATION, ET AL,           :               OCTOBER 5, 2005
    Appellees.

### CERTIFICATION OF SERVICE

The undersigned certifies that on the 5th day of October, 2005, a copy of the foregoing Appellee's Designation of Additional Contents of the Record on Appeal was served on the following via first class mail, postage prepaid:

Eugenia M. Carris, Esq.
United States Attorney's Office
1 Courthouse Way
Suite 9200
Boston, MA 02210

Richard P. O'Neil, Esq.
Bodoff & Slavitt, LLP
225 Friend Street
Boston, MA 02114-1812

Mark F. Weaver, Esq.
Ford & Weaver, P.A.
10 Pleasant Street
Suite 400
Portsmouth, NH 03801-3456

Debra A. Kowich
Office of General Counsel
4010 Fleming Adm. Bldg 503
Ann Arbor, MI 48109

_____
R. Richard Croce, Esq.