UNITED STATES BANKRUPTCY COURT
DISTRICT OF MASSACHUSETTS
EASTERN DIVISION

District Court Docket No.
1:04-CV-11745

| | | |
|---|---|---|
| IN RE: | ) | |
| NOREEN E. NASH, | ) | CHAPTER 7 |
|     Debtor | ) | CASE NO.: 02-16375-JNF |
| | ) | |
| NOREEN E. NASH | ) | |
|     Plaintiff | ) | ADVERSARY PROCEEDING |
| | ) | NO.: 02-1466-JNF |
| vs. | ) | |
| | ) | |
| CONNECTICUT STUDENT LOAN | ) | |
| FOUNDATION, ET AL, | ) | |
| | ) | |

**DESIGNATION OF APPELLEE NEW HAMPSHIRE HIGHER EDUCATION ASSISTANCE FOUNDATION OF ADDITIONAL CONTENTS OF THE RECORD**

NOW COMES the New Hampshire Higher Education Assistance Foundation (NNHEAF), and in the appeal filed on September 15, 2005, in the within matter, provides the following designation of additional contents of the record to supplement those designated by the Appellant as follows:

**Designation of Contents of the Record**

1.    Response to request for admissions (Exhibit D-5).

1

                                                Respectfully submitted,
DEFENDANT
New Hampshire Higher Education
Assistance Foundation
By its Attorneys,
Ford & Weaver, P.A.

Dated: October 7, 2005         By: */s/ Mark F. Weaver*
                                                 Mark F. Weaver, Esq.
Ford & Weaver, P.A.
10 Pleasant Street, Suite 400
Portsmouth, NH 03801
Tel. No.: (603) 433-2002

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF MASSACHUSETTS**

EASTERN DIVISION

District Court Docket No.
1:04-CV-11745

| | | |
|---|---|---|
| IN RE: | : | |
| NOREEN E. NASH, | : | CHAPTER 7 |
|     Debtor | : | CASE NO.: 02-16375 JNF |
| | : | |
| NOREEN E. NASH | : | |
|     Plaintiff | : | ADVERSARY PROCEEDING |
| | : | NO.: 02-1466 |
| vs. | : | |
| | : | |
| NEW HAMPSHIRE HIGHER EDUCATION | | |
| ASSISTANCE FOUNDATION, ET AL, | : | |

<b><u>CERTIFICATE OF SERVICE</u></b>

This is to certify that on the 6th day of October, 2005, a copy of the foregoing Designation of Appellee New Hampshire Higher Education Assistance Foundation of Contents of the Record was served on the following:

Eugenia M. Carriss, Esq.
Assistant U.S. Attorney
United States Courthouse, Suite 9200
1 Courthouse Way
Boston, MA 02210

Joseph S.U. Bodoff, Esq.
Bodoff & Slavitt, LLP
225 Friend Street, 7th Flr.
Boston, MA 02114-1812

R. Richard Croce, Esq.
525 Brook Street
P.O. Box 1009
Rocky Hill, CT 06067

                                       */s/ Mark F. Weaver*
                                       Mark F. Weaver, Esquire

F:\WPDATA\Mark\1794-007\Pleadings\First Circuit\Appellee Designation dated Sept. 2005