UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

USCA Docket Number:

USDC Docket Number : 04-cv-11745

Noreen Nash

v.

Connecticut Student Loan Foundation, et al

## CLERK'S CERTIFICATE

I, Sarah A. Thornton, Clerk of the United States District Court for the District of Massachusetts, do hereby certify that the annexed documents as indicated on the certified copy of the docket and contained in Volume(s) I are the original pleadings and constitute the record on appeal in the above entitled case for the Notice of Appeal filed on 9/15/05.

In testimony whereof, I hereunto set my hand and affix the seal of this Court on October 7, 2005.

Sarah A Thornton, Clerk of Court

By: _____
Jeanette Ramos, Deputy Clerk

Receipt of the documents in the above entitled case is hereby acknowledged this date: 10/11/05.

_____
Deputy Clerk, US Court of Appeals

Please complete the following information:

COURT OF APPEALS DOCKET NUMBER ASSIGNED: _____

APPEAL

# United States District Court
## District of Massachusetts (Boston)
## CIVIL DOCKET FOR CASE #: 1:04-cv-11745-GAO

Noreen Nash v. Connecticut Student Loan
Assigned to: Judge George A. O'Toole, Jr
Cause: 28:0158 Notice of Appeal re
Bankruptcy Matter (BA

Date Filed: 08/05/2004
Jury Demand: None
Nature of Suit: 422
Bankruptcy Appeal (801)
Jurisdiction: Federal Question

**In Re**

**Noreen E. Nash**  represented by  **Richard P. O'Neil**
Bodoff & Slavitt LLP
225 Friend Street
Boston, MA 02114-1812
617-742-7300
Fax: 617-742-9969
*LEAD ATTORNEY*
*ATTORNEY TO BE*
*NOTICED*

**Appellant**

**Noreen E. Nash**  represented by  **Richard P. O'Neil**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE*
*NOTICED*

V.

**Appellee**

**Connecticut Student Loan Foundation**  represented by  **R. Richard Croce**
Connecticut Student Loan
Foundation

P.O. Box 1009
525 Brook Street
Rocky Hill, CT 06067
*LEAD ATTORNEY*
*ATTORNEY TO BE*
*NOTICED*

**Appellee**

**New Hampshire Higher Education**     represented by     **Edmond J. Ford**
Ford & Weaver, P.A.
10 Pleasant Street
Suite 400
Portsmouth, NH 03801
603-433-2002
Fax: 603-433-2122
Email: eford@fordandweaver.com
*LEAD ATTORNEY*
*ATTORNEY TO BE*
*NOTICED*

**Mark F. Weaver**
Ford & Weaver, P.A.
10 Pleasant Street
Suite 400
Portsmouth, NH 03801
603-433-2002
*LEAD ATTORNEY*
*ATTORNEY TO BE*
*NOTICED*

**Appellee**

**Mary Sue Coleman**     represented by     **Debra A. Kowich**
Office of General Counsel
4010 Fleming Adm Bldg 503
Thompson Street
Ann Arbor, MI 48109
313-764-0304

*LEAD ATTORNEY*
*ATTORNEY TO BE*
*NOTICED*

### Appellee

**U.S. Department of Education**  represented by  **Eugenia M. Carris**
United States Attorney's Office
John Joseph Moakley Federal Courthouse
1 Courthouse Way
Suite 9200
Boston, MA 02210
617-748-3376
Fax: 617-748-3969
Email: eugenia.carris@usdoj.gov
*LEAD ATTORNEY*
*ATTORNEY TO BE*
*NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 08/05/2004 | 1 | Notice of APPEAL FROM BANKRUPTCY COURT. File received, filed by Noreen E. Nash, Mary Sue Coleman.(Gawlik, Cathy) (Entered: 08/10/2004) |
| 08/10/2004 | 2 | Bankruptcy Scheduling Order Appellant Brief due by 8/25/2004. Appellee Brief due by 9/9/2004. Appellant Reply Brief due by 9/20/2004. (Gawlik, Cathy) (Entered: 08/10/2004) |
| 08/25/2004 | 3 | Docket sheet from United States Bankruptcy Court.***Document too large to be scanned*** (Barrette, Mark) (Entered: 09/01/2004) |
| 08/25/2004 | 5 | BRIEF for Appellant by Noreen E. Nash. (Barrette, Mark) (Entered: 09/13/2004) |

| | | |
|---|---|---|
| 08/25/2004 | 6 | APPENDIX to Brief for Appellant-Debtor re 5 Brief by Noreen E. Nash. (Barrette, Mark) (Entered: 09/13/2004) |
| 09/01/2004 | 4 | Assented To- MOTION for Extension of Time to File Appellees' Brief by Connecticut Student Loan Foundation.(Barrette, Mark) (Entered: 09/08/2004) |
| 09/08/2004 | | Judge George A. O'Toole Jr.: Electronic ORDER entered granting 4 Motion for Extension of Time to File Appellee's Brief (Barrette, Mark) (Entered: 09/08/2004) |
| 09/15/2004 | | Mail Returned as Undeliverable as addressed forwarding order expired. Mail sent to Mark Weaver (Edge, Eugenia) (Entered: 09/16/2004) |
| 10/15/2004 | 7 | Assented to MOTION for Extension of Time to November 30, 2004 to file Brief *by Connecticut Student Loan Foundation and* by U.S. Department of Education.(Carris, Eugenia) (Entered: 10/15/2004) |
| 10/20/2004 | 8 | BRIEF by Appellee New Hampshire Higher Education to 1 Bankruptcy Appeal. (Edge, Eugenia) (Entered: 10/27/2004) |
| 10/20/2004 | 9 | Statement Pursuant to Local Rule 7.3(A) by New Hampshire Higher Education.(Edge, Eugenia) (Entered: 10/27/2004) |
| 10/20/2004 | 10 | NOTICE of Change of Address by Mark F. Weaver. c/s (Edge, Eugenia) (Entered: 10/27/2004) |
| 11/01/2004 | | Judge George A. O'Toole Jr.: Electronic ORDER entered granting 7 Motion for Extension of Time (Lyness, Paul) (Entered: 11/01/2004) |
| 11/30/2004 | 11 | Appellee's BRIEF by U.S. Department of Education. (Carris, Eugenia) (Entered: 11/30/2004) |
| 11/30/2004 | 12 | Appellee's BRIEF by Connecticut Student Loan Foundation.c/s (Edge, Eugenia) Additional attachment |



|  |  |  |
|---|---|---|
|  |  | (s) added on 12/6/2004 (Edge, Eugenia). (Entered: 12/03/2004) |
| 12/02/2004 | ● | Notice of correction to docket made by Court staff. 7.3(A) statement and certificate of service added to entry 12. (Edge, Eugenia) (Entered: 12/06/2004) |
| 01/18/2005 | ● | NOTICE of Hearing: Hearing on Bankruptcy Appeal set for 3/9/2005 02:00 PM in Courtroom 9 before Judge George A. O'Toole Jr.. Please mark your calendars accordingly. (Lyness, Paul) (Entered: 01/18/2005) |
| 08/17/2005 | ●13 | Judge George A. O'Toole Jr.: Electronic ORDER entered. MEMORANDUM AND OPINION. "Conclusion...After careful review of the record of the trial in the bankruptcy court, no error appears either in the choice of the legal standard nor in the findings on the evidence. The decision of the bankruptcy court is therefore AFFIRMED." cc/cl(Edge, Eugenia) (Entered: 08/18/2005) |
| 08/17/2005 | ● | Civil Case Terminated. (Edge, Eugenia) (Entered: 08/18/2005) |
| 09/15/2005 | ●14 | NOTICE OF APPEAL as to 13 Memorandum & Opinion, by Noreen E. Nash. $ 255 NOTICE TO COUNSEL: A Transcript Report/Order Form, which can be downloaded from the First Circuit Court of Appeals web site at http://www.ca1.uscourts.gov/clerks/transcript.htm MUST be completed and submitted to the Court of Appeals. Appeal Record due by 10/5/2005. (Edge, Eugenia) (Entered: 09/19/2005) |
| 09/26/2005 | ●15 | DESIGNATION of Record on Appeal and Statement of issues on appeal by Noreen E. Nash re 14 Notice of Appeal. c/s (Edge, Eugenia) (Entered: 09/29/2005) |
| 10/06/2005 | ●16 | DESIGNATION of Additional Contents of the Record on Appeal by Connecticut Student Loan Foundation re |

| | | |
|---|---|---|
| | | 14 Notice of Appeal. c/s (Edge, Eugenia) (Entered: 10/06/2005) |